# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>         Plaintiff, )<br>vs. )<br>           )<br>KARYN R. KOEPKE, )<br>           )<br>         Defendant. )<br>           ) | Case No.:  2:14-cr-00312-GMN-NJK-2<br><br>**ORDER** |

Pending before the Court is Defendant Karyn R. Koepke's Emergency Motion for Appointment of Counsel and to Stay Surrender Date (ECF No. 71–72), and the Government's Response (ECF No. 73).

On January 23, 2015, Defendant appeared before the Court and entered a guilty plea to one count of Possession of Stolen Mail, in violation of 18 U.S.C. § 1708. (*See* ECF No. 38). The Court found Defendant competent to enter the plea, and made sure Defendant was aware of the consequences of pleading guilty. At sentencing on June 11, 2015, this Court reviewed the Presentence Report and accepted Defendant's guilty plea. (*See* ECF No. 50). Defendant was sentenced to twelve (12) months and one day of imprisonment, along with three (3) years of supervised release. (*See* ECF No. 53). Defendant was allowed to self-surrender on October 5, 2015. Defendant filed a Motion to Stay Surrender (ECF No. 65) which the Court granted pending the outcome of Defendant's Motion to Amend Plea (ECF No. 64). This Court denied Defendant's Motion to Amend Plea on October 31, 2015. (ECF No. 70).

First, there exists no right to counsel for habeas relief under 28 U.S.C. § 2255. *See Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987) (rejecting any constitutional right to counsel

in collateral attacks such as federal habeas relief).  Accordingly, Defendant is not entitled to appointment of counsel for a potential § 2255 habeas petition.

Further, Defendant does not provide any good cause justification for extending the stay of her self-surrender date.  As such, the Court denies Defendant's motion to stay her self-surrender date.

**IT IS HEREBY ORDERED** that Defendant's Motion for Appointment of Counsel and to Stay Surrender Date (ECF No. 71 and 72) is **DENIED**.

**DATED** this 4th day of November, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge