# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | |
|   Plaintiff, | Case No.: 2:14-CR-312-GMN-NJK |
| vs. | |
| Karyn Koepke, | ORDER |
|   Defendant. | |

Based upon the pending application of the Government, and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege in 2:14-CR-312-GMN-NJK between the defendant and Osvaldo Fumo, Esq., shall be deemed waived for all purposes relating to Defendant's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody. Mr. Fumo shall, within 30 days of this order, provide the government with an affidavit or declaration addressing Defendant's contention that Mr. Fumo "said he was going to appeal the enhancement but did not." Further, Mr. Fumo may communicate with government counsel and provide supporting documentation regarding all matters put at issue in Defendant's motion.

The government shall have an additional 30 days, after receiving Mr. Fumo's affidavit or declaration, to file its response to Defendant's 2255 motion.

DATED this 15 day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE