Telia U. Williams
Nevada Bar No. 9359
Law Office of Telia U. Williams
10161 Park Run Dr, Ste 150
Las Vegas, NV 89145
(702) 835-6866
telia@telialaw.com
*Attorney for Karyn Koepke*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARYN RENEE KOEPKE,<br><br>Defendant. | Case No. 2:14-cr-00312-GMN-NJK<br><br>**STIPULATION TO CONTINUE HEARING REGARDING REVOCATION OF SUPERVISED RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Telia U. Williams, counsel for Karyn Koepke, that the hearing regarding revocation of supervised release, currently scheduled for July 11, 2019 at 11:30 am, be vacated and set to a date and time convenient to this Court on or after August 6, 2019.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant will be unavailable from July 11 to July 29, 2019.

2. Counsel for the defendant would also like additional time in which to prepare the defendant for the hearing as the defendant is currently focusing on medical and mental health treatment that currently must take precedence over her preparation for her hearing.

3. The defendant is out of custody and does not object to the continuance.

4. The U.S. Attorney's Office does not object to the continuance.

5. The United States Probation Office does not object to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but to accommodate defense counsel's schedule and to allow defendant sufficient time within which to prepare for the hearing.

This is the first stipulation to continue filed herein.

DATED this 9th day of July 2019.

| | |
|---|---|
| LAW OFFICE OF TELIA U. WILLIAMS | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Telia U. Williams*<br>By_____<br>TELIA U. WILLIAMS<br>Counsel for Karyn Koepke | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |
| | By */s/ Jason Flores*<br>JASON FLORES<br>United States Probation Officer |

## **ORDER**

IT IS HEREBY ORDERED based upon the stipulation of the parties, the record in this case, and for good cause shown that the hearing regarding revocation of supervised release currently scheduled for July 11, 2019, at the hour of 11:30 a.m., be vacated and continued to Friday, August 16, 2019, at 9:00 a.m. in Courtroom 7D before Chief Judge Gloria Navarro.

IT IS SO ORDERED this July  10 , 2019.

_____
UNITED STATES DISTRICT JUDGE