RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Karyn Koepke

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KARYN KOEPKE,<br><br>　　　　　Defendant. | Case No. 2:14-CR-312-GMN-NJK<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE ON A PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**<br>(First Request) |

It is stipulated and agreed to, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Kimberly Anne Sokolich, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Karyn Koepke, that the initial appearance currently scheduled for Wednesday, April 1, 2020 at 11:30a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.　　On March 16, 2020, a petition was filed alleging that defendant Karyn Koepke violated her supervised release conditions. ECF No. 103. This Court issued a summons ordering her to appear in court on April 1, 2020. ECF No. 104.

2. In light of the current COVID-19 pandemic, the State of Nevada's resulting emergency declarations, widespread calls to take more aggressive social distancing measures, and this Court's stated goal to "striv[e] to eliminate in-person court appearances,"[1] the parties request a continuance of Ms. Koepke's April 1, 2020 initial appearance.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Probation Officer Annis Seopaul Sones agrees to the continuance.

This is the first request for a continuance of the initial appearance.

DATED this 30th day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Sylvia Irvin*<br>By_____<br>SYLVIA IRVIN<br>Assistant Federal Public Defender | */s/ Kimberly Anne Sokolich*<br>By_____<br>KIMBERLY ANNE SOKOLICH<br>Assistant United States Attorney |

---

[1] *See* District of Nevada Temporary General Order 2020-04, available at https://www.nvd.uscourts.gov/wpcontent/uploads/2020/03/Temporary-General-Order-2020-04-re-Covid19.pdf.

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KARYN KOEPKE,

    Defendant.

Case No. 2:14-CR-312-GMN-NJK

**ORDER**

    IT IS THEREFORE ORDERED that the initial appearance currently scheduled for Wednesday, April 1, 2020, at 11:30 a.m., be vacated and continued to April 15, 2020, at 2:30 p.m. for a video appearance with the consent of the defendant.

    DATED: March 31, 2020.

                                  UNITED STATES MAGISTRATE JUDGE