RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Karyn Koepke

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARYN KOEPKE,<br><br>Defendant. | Case No. 2:14-CR-00312-GMN-NJK<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE ON A PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**<br>(Second Request) |

It is stipulated and agreed to, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Kimberly A. Sokolich, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Kathryn C. Newman, counsel for Karyn Koepke, that the initial appearance currently scheduled for April 15, 2020 at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days and no later than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. In light of the current COVID-19 pandemic, the State of Nevada's resulting emergency declarations, widespread calls to take more aggressive social distancing measures,

and this Court's stated goal to "striv[e] to eliminate in-person court appearances,"[1] the parties request a continuance of Ms. Koepke's April 15, 2020 initial appearance.

2. Counsel for Ms. Koepke requests the additional time in order to review the lab results from Ms. Koepke's drug tests against her prescriptions.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the initial appearance.

DATED this 13th day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Kimberly A. Sokolich*<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

---

[1] *See* District of Nevada Temporary General Order 2020-04, available at https://www.nvd.uscourts.gov/wpcontent/uploads/2020/03/Temporary-General-Order-2020-04-re-Covid19.pdf.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00312-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| KARYN KOEPKE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Hearing on 12D petition currently scheduled for Wednesday, April 15, 2020, at 11:30 a.m., be vacated and continued to May 13, 2020, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this 14 day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE