RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Karyn Koepke

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARYN KOEPKE,<br><br>Defendant. | Case No. 2:14-CR-00312-GMN-NJK<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE ON PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Karyn Koepke, that the initial appearance currently scheduled on May 13, 2020 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The Court will be resuming live hearings for out of custody defendants on May 18, 2020.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the initial appearance.

DATED this 11th day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender | */s/ Kimberly A. Sokolich*<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00312-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| KARYN KOEPKE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the initial appearance currently scheduled for Wednesday, May 13, 2020 at 10:00 a.m., be vacated and continued to May 27, 2020, at the hour of 2:30 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  12  day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE

3