RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Karyn Koepke

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00312-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| KARYN KOEPKE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Karyn Koepke, that the Revocation Hearing currently scheduled on August 5, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Karyn Koepke has a prescription for Adderall. She has retained an expert to review the lab reports to determine whether the results of these tests are in fact a false positive for methamphetamine, a related drug.

2.     In order to complete his analysis, the expert has requested certain records from the lab. The Office of Probation reports that these records are not disclosed to them by the laboratory. As a result, defense counsel must subpoena these records directly from the laboratory.  It could take 30 days from receipt of the subpoena for defense counsel to receive the records.

3.     Ms. Koepke is out of custody and agrees with the need for the continuance. Other than the periodic positive test results, Ms. Koepke has been compliant since her last hearing. Probation informed defense counsel that they do not object to her continued release pending the hearing.

4.     The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 27th day of July, 2020.


RENE L. VALLADARES                      NICHOLAS A. TRUTANICH
Federal Public Defender                 United States Attorney


    */s/ Kathryn C. Newman*                  */s/ Kimberly A. Sokolich*
By_____        By_____
KATHRYN C. NEWMAN                       KIMBERLY A. SOKOLICH
Assistant Federal Public Defender       Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

KARYN KOEPKE,

       Defendant.

Case No. 2:14-cr-00312-GMN-NJK

**ORDER**

    **IT IS THEREFORE ORDERED** that the parties' request to continue the Revocation for 60 days is **GRANTED IN PART AND DENIED IN PART**. The Court will continue the hearing for 30 days.

    **IT IS FURTHER ORDERED** that the revocation hearing currently scheduled for Wednesday, August 5, 2020 at 12:00 p.m., be vacated and continued to Wednesday, September 2, 2020, at the hour of 2:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

    DATED this 29 day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

3