RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Karyn Koepke

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00312-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| KARYN KOEPKE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Karyn Koepke, that the Revocation Hearing currently scheduled on September 2, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.       Defendant has subpoenaed records to be used in preparing her defense. Abbott Laboratories has requested additional time to gather the records. Specifically, they have

1  requested to be allowed through September 10, 2020 to produce the records to counsel for the

2  defendant.

3      2.      Defense counsel needs additional time to review the records and consult with

4  the retained toxicologist in order to prepare for trial.

5      3.      Ms. Koepke is out of custody and agrees with the need for the continuance.

6      4.      Government counsel has no objection to the continuation of the hearing.

7      This is the second request for a continuance of the revocation hearing.

8      DATED this 21st day of August, 2020.

9

10  RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
    Federal Public Defender                     United States Attorney

11

12      */s/ Kathryn C. Newman*                      */s/ Kimberly A. Sokolich*
    By_____         By_____

13  KATHRYN C. NEWMAN                           KIMBERLY A. SOKOLICH
    Assistant Federal Public Defender           Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00312-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| KARYN KOEPKE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 2, 2020 at 2:00 p.m., be vacated and continued to Wednesday, October 7, 2020, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this 25th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE