NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
KIMBERLY SOKOLICH
Assistant United States Attorney
501 Las Vegas Blvd. S, Ste. 1100
Las Vegas, Nevada 89101
702-388-6336
Kimberly.Sokolich@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>      vs.<br><br>Karyn Koepke,<br><br>           Defendant. | Case No. 2:14-cr-00312-GMN-NJK<br><br>**Government's Motion for Disclosure of Defendant's COVID-19 Test Results** |

COMES NOW the United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and KIMBERLY SOKOLICH, Assistant United States Attorney, and submits this Motion for Disclosure of Defendant Karyn Koepke's COVID-19 Test Results.

On October 7, 2020, this Court found that Koepke violated her conditions of post-release supervision and sentenced her to six months in custody. ECF Nos. 155, 158. The Court ordered Koepke to self-surrender to the United States Marshals Service by November 6, 2020, at 2pm. ECF No. 158. On October 21, 20202, defendant filed a Motion for Reconsideration, or, in the alternative, Two Week Continuance, asking this Court to delay her self-surrender date. ECF No. 162. This Court denied defendant's motion, noting that

"given Defendant's conduct, the Court will not entertain a request for an extension of Defendant's self-surrender date." ECF No. 166. On November 4, 2020, Koepke again asked this Court to delay her self-surrender date. ECF No. 169. Finding that Koepke's motion "fail[ed] to provide good cause to extend Defendant's self-surrender date," this Court denied defendant's motion. ECF No. 170.  On November 6, 2020, the morning of her self-surrender date, Koepke contacted United States Probation and reported that she had tested positive for COVID-19. Because of this, Koepke did not self-surrender as ordered.

In order to verify Koepke's claim, the United States requests that this Court order the medical facility who tested the defendant, UMC Medical Department located at 1800 W. Charleston Blvd, Las Vegas, Nevada; disclose to this Court and to the government the results of the defendant's COVID-19 test. *See* 45 C.F.R. § 164.512 (e)(1)(i) (authorizing disclosure pursuant to such orders).

DATED:  November 10, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kimberly Sokolich*
KIMBERLY SOKOLICH
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:14-cr-00312-GMN-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| Karyn Koepke, | |
| Defendant. | |

This matter having come before the Court on the government's Motion for Disclosure of Defendant's COVID-19 Test Results, the premises therein having been considered by the Court, the Motion is GRANTED.

IT IS HEREBY ORDERED that the UMC Medical Department located at 1800 W. Charleston Blvd, Las Vegas, Nevada; disclose to this Court and to the government the results of the defendant Karyn Koepke's COVID-19 test. *See* 45 C.F.R. § 164.512 (e)(1)(i).

Dated this 10 day of November, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court